IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSICA LYNN RAKER,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | NO. 10-2885 |
| v. | : | |
| **BAR-BQ PIT, INC.,** | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 30th day of April, 2012, upon consideration of the Defendant's Motion for Summary Judgment (Document #23), and the Plaintiff's response thereto (Document #24), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.