IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSICA LYNN RAKER,** | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | NO. 10-2885 |
| v. | : | |
| | : | |
| **BAR-BQ PIT, INC.,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW**, this 25th day of November, 2013, after a hearing limited to damages in the above-captioned case, IT IS HEREBY ORDERED that, in accordance with the accompanying Memorandum, the plaintiff is entitled to an award of damages as follows:

    A.    <u>COUNTS I, II, and III</u>

        1. Total Economic Damages    $16,792.31

        2. Total Non-Economic Damages    50,000.00

    B.    <u>COUNT IV</u>    1.00

    C.    <u>PUNITIVE DAMAGES</u>    0.00

    D.    <u>ATTORNEY'S FEES</u>    43,257.50

    E.    <u>COSTS OF SUIT</u>    2,827.99

        **<u>TOTAL</u>**    **$112,878.80**

In accordance with my Order dated February 27, 2013, the computation of damages being resolved, the Clerk of Court shall enter default judgment on behalf of the plaintiff.

        BY THE COURT:

        /s/ Lawrence F. Stengel
        LAWRENCE F. STENGEL, J.